IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELBY CHEATHAM**                                                                                          **PLAINTIFF**

v.                                    **Case No.: 4:20-cv-00865-LPR**

**MCKENDRA ADAMS**                                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in the case are dismissed without prejudice.

IT IS SO ADJUDGED this 22nd day of September 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE